ARNOLD LEVIEN, Appellant, v. WINFIELD S. McDOUGALL and Others, as Executors, etc., of STEWART McDOUGALL, Deceased, Respondents.— Judgment dismissing plaintiff's complaint, and order denying leave to file exceptions *nunc pro tunc* except upon payment of $100, unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

ROSE MILLER, as Administratrix, etc., of DAVID MILLER, Deceased, Appellant, v. JOHN C. TRUMBULL, Respondent.— Judgment and order denying new trial reversed upon the law, and a new trial granted, with costs to appellant to abide the event. In this case we are of opinion that the learned trial judge was in error in charging the jury, at defendant's request, that the question of speed of defendant's automobile was not involved in the case, and could not be considered evidence of negligence on the part of the defendant. As to the other points raised by appellant, we do not agree that the verdict was against the evidence, or that the exceptions to the admission of evidence of the proceedings before the coroner's jury presented reversible error. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

NASSAU LUMBER COMPANY, Appellant, v. BALDWIN FIRE DEPARTMENT and Another, Respondents.— Order reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. Upon the facts disclosed by a reading of the papers the court had no power to discontinue the action or cancel the lien. The lien could only be canceled and discharged in the manner prescribed by sections 19,* 20, 55 and 59 of the Lien Law, and the facts disclosed by a reading of the motion papers fail to show that the defendants brought themselves within the provisions of the Lien Law referred to. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.

OCEAN BEACH FIRE ISLAND COMPANY, Respondent, v. WILLIAM H. WRAY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Kelby and Young, JJ.

FANNY PIANELLI, Appellant, v. WESTCHESTER LIGHTING COMPANY, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Kelby and Young, JJ.

JAMES PIETRACATELLA, Appellant, v. STATEN ISLAND LUMBER COMPANY, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JOHN PIETRACATELLA, an Infant, by JAMES PIETRACATELLA, His Guardian ad Litem, Appellant, v. STATEN ISLAND LUMBER COMPANY, INC., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

JACOB PORTMAN, Respondent, v. HENRY HAUER, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kelby and Young, JJ., concur.